NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5016

JOB J. THYKKUTTATHIL and CORVILIA C. THYKKUTTATHIL
(on behalf of themselves and G.M. Thykkuttathil, a minor child),

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case no. 09-CV-003, Judge Lynn J. Bush.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Job J. Thykkuttathil and Corvilia C. Thykkuttathil move for appointment of counsel or an extension of time to file their brief.

The court previously ordered that Job J. Thykkuttathil could not represent G.M. Thykkuttathil, a plaintiff-appellant who was listed separately in the caption. Job J. Thykkuttathil and Corvilia C. Thykkuttathil submitted a replacement opening brief which was signed by both of them. In the current motion, it is suggested that the movants brought the lawsuit in the trial court on behalf of themselves and as guardians for their minor child, G.M. Thykkuttathil, pursuant to Fed. R. Civ. P. 17(b) and RCFC 17(b). Absent objection from the United States within 14 days of the date of filing of this order, the caption will be revised as reflected above to indicate that Job J. Thykkuttathil and

Corvilia C. Thykkuttathil are the only plaintiffs-appellants and "(on behalf of themselves and G.M. Thykkuttathil, a minor child)" will be added following their names in the caption.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion for appointment of counsel is denied.

(2)     The motion for an extension of time is granted.  The court accepts for filing the brief signed by Job J. Thykkuttathil and Corvilia C. Thykkuttathil and received by the court on December 28, 2009.

(3)     The United States should calculate its brief due date from the date of filing of this order.

(4)     Absent objection within 14 days, the caption will be reformed as reflected above.

FOR THE COURT

MAR 1 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Job J. Thykkuttathil
        Corvilia C. Thykkuttathil
        Jeanne E. Davidson, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2010

JAN HORBALY
CLERK